## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA – PHILADELPHIA

| In re:           | Case No.: 25-14607-djb           |
|------------------|----------------------------------|
| Tony Derek Hill-Halal | Chapter 7                   |
| Debtor,          | Judge: Honorable Derek J. Baker  |

### PRAECIPE TO CONVERT CASE FROM CHAPTER 7 TO CHAPTER 13

To the Clerk of the Court:

Debtor elects to convert this case from Chapter 7 to Chapter 13 via 11 U.S.C. § 706(a).

This case has not previously been converted from another Chapter.

DATED: January 16, 2026

/s/ Andrew M. Schreder
Legal Aid of Southeastern PA
625 Swede Street
Norristown, PA 19401
(484) 206-8079
aschreder@lasp.org
*Counsel for Debtor*