**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA – PHILADELPHIA**

| In re: | Case No.: 25-14607-djb |
|---|---|
| Tony Derek Hill-Halal | Chapter 7 |
| Debtor, | Judge: Honorable Derek J. Baker |

**ORDER TO CONVERT CASE FROM CHAPTER 7 TO CHAPTER 13**

**AND NOW,** upon consideration of the Debtor's Praecipe to Convert Case from Chapter 7 to Chapter 13, with good cause shown, it is hereby **ORDERED** that:

1. The Praecipe is **GRANTED**.

2. The case is converted from Chapter 7 to Chapter 13 pursuant to 11 U.S.C. § 706(a).

DATED:

_____
Honorable Derek J. Baker
U.S. Bankruptcy Judge